IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MIKE S. W. OCHIENO,

    Plaintiff,

v.                                      No. 1:20-cv-00417-RB-JFR

SANDIA NATIONAL LABORATORIES,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE